IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUDY L. YOUNG, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-09-01925 |
| § | |
| KELSEY CARE ADVANTAGE, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

The plaintiff in this case failed to appear at three scheduling conferences set in October 2009, January 2010, and March 2010. (Docket Entry No. 9). After the March 2010 conference, the court's order stated that failure to appear at the next conference could result in dismissal for want of prosecution. (*Id.*). The plaintiff did not appear at today's status conference or otherwise communicate with opposing counsel or this court. This case is dismissed for want of prosecution.

SIGNED on June 21, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge